IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SUSAN MURRAY, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CAUSE NO. A-02-CA-784SS |
| | § | |
| THE CITY OF AUSTIN, and | § | |
| CHANNY SOEUR, | § | |
| | § | |
| Defendants | § | |

## DEFENDANT CHANNY SOEUR'S PRETRIAL DISCLOSURES

TO:   Susan Murray, Plaintiff, by and through her attorneys of record, Susan Cone Kilgore, P. O. Box 535, Houston, Texas 77001 and Mark Aronowitz, Of Counsel, McFatridge, Baker & Deen, P.C., 3900 Essen Lane, Suite 730, Houston, Texas 77027

City of Austin, Defendant, by and through its attorney of record, Robin Sanders, Assistant City Attorney, City of Austin, P. O. Box 1546, Austin, Texas 78767-1546

Defendant, Channy Soeur ("Soeur) makes these pretrial designations pursuant to Fed. R. Civ. P. 26(a)(3) and the Court's Scheduling Order.

**Potential Witnesses**

1.   The following are witnesses that Soeur expects to call at trial:

   a.   Channy Soeur
        CAS Consulting & Services, Inc.
        401 E. Grady Drive, Unit A
        Austin, Texas 78753
        (512) 836-2388

   b.   Juan Garza
        General Manager
        Austin Energy Department
        721 Barton Springs Road
        Austin, Texas  78704
        (512) 494-9400

29

c.  Ricardo Ramirez
    Administrative & Finance Manager
    Management Services Division
    City of Austin Parks and Recreation Department
    200 South Lamar Blvd.
    Austin, Texas 78704
    (512) 974-6700

d.  Candy Moreno
    Municipal Programs Professional
    City of Austin Parks and Recreation Department
    200 South Lamar Blvd.
    Austin, Texas 78704
    (512) 974-6700

e.  Toni Grasso
    Administrative Specialist
    PARD Forestry Division
    City of Austin Parks and Recreation Department
    200 South Lamar Blvd.
    Austin, Texas 78704
    (512) 974-6700

f.  Chuck Webb
    Municipal Programs Paraprofessional
    City of Austin Parks and Recreation Department
    200 South Lamar Blvd.
    Austin, Texas 78704
    (512) 974-6700

g.  Judy Buonaguidi
    Lower Colorado River Authority
    Water Resource Protective
    3700 Lake Austin Boulevard
    Austin, Texas 78703
    (512) 473-3200 Ext. 2324

h.  Jan Fulkerson
    Former employee
    City of Austin Parks and Recreation Department
    200 South Lamar Blvd.
    Austin, Texas 78704
    (512) 974-6700

i.     Tameka Dove
Dispatcher
City of Austin Parks and Recreation Department
200 South Lamar Blvd.
Austin, Texas 78704
(512) 974-6700

j.     Jay Culver
Forester Specialist
City of Austin Parks and Recreation Department
200 South Lamar Blvd.
Austin, Texas 78704
(512) 974-6700

l.     Susan Murray
c/o Susan Cone Kilgore
P. O. Box 535
Houston, Texas 77001
(713) 796-2608

m.     Jesus M. Olivares
Director
Parks and Recreation Department
City of Austin
P. O. Box 1088
Austin, Texas 78767
(512) 974-6717

n.     Dina Haines
City of Austin
P. O. Box 1088
Austin, Texas 78767
(512) 974-2000

o.     Kurt Tatum
Address Unknown

p.  Carol Guthrie
    AFSCME
    815 Brazos, Suite 500
    Austin, Texas 78701
    (512) 477-9181

q.  Willie Rhoades
    City of Austin
    P. O. Box 1088
    Austin, Texas 78767
    (512) 974-2000

r.  Warren Struss
    Manager – Operations Division
    Parks and Recreation Department
    City of Austin
    P. O. Box 1088
    Austin, Texas 78767
    (512) 974-2000

s.  Marianne Ramirez
    Human Resources Supervisor – Management Services
    Parks and Recreation Department
    City of Austin
    P. O. Box 1088
    Austin, Texas 78767
    (512) 974-2000

4

2.  The following are witnesses that Soeur may call if the need arises:

### Testifying Experts

Soeur has no Testifying Experts.

### Proposed Exhibits

3.  The following is a list of the exhibits that Soeur expects to offer:

| EXHIBIT NO. | BATES NO. | DATE | DESCRIPTION |
|---|---|---|---|
| 1 | CS 000171-172 | Undated | Channy Soeur's Job Description at PARD |
| 2 | CS 000173-177 | Undated | Resume of Channy Soeur |
| 3 | COA 0133 | Undated | Forestry Division Organizational Chart |
| 4 | COA 000170 | Undated | Forestry Division Organizational Chart |
| 5 | CS 000141 | Undated | Page 233 – Channy Soeur's PARD III Daily Notes |
| 6 | CS 000142 | Undated | Page 234 – Channy Soeur's PARD III Daily Notes |
| 7 | CS 000144-148 | 04/27/99 | Certificate of Incorporation of CAS Consulting and Services, Inc. and Articles of Incorporation |
| 8 | CS 000150 | 06/24/99 | Fax Cover Sheet from Bank of America to Channy Soeur re: business accounts |
| 9 | CS 000149 | (1) 05/25/99 (2) 06/09/99 | (1) Check No. 7928 from Channy or Laura Soeur to CAS Consulting & Services in the amount of $500.00 and (2) Check No. 2735 from C. T. Chang or George Chang to CAS Consulting and Services in the amount of $460.00 |

| 10 | CS 000151 | (1) 06/29/99<br>(2) Illegible | (1) Check No. 7844 from Channy or Laura Soeur to CAS Consulting & Services in the amount of $500.00 and (2) Money Order from Cecilia Gratias to CAS Consulting & Services (amount illegible) |
|---|---|---|---|
| 11 | CS 000152 | 07/01/99 | Bank of America Bank Statement of CAS Consulting and Services - Account No. 0047 7053 2765 |
| 12 | CS 000153 | (1) 07/07/99<br>(2) 07/10/99 | (1) Check No. 0992 from CAS Consulting and Services to Constancio Concrete in the amount of $7,650.00 and (2) Check No. 1001 from CAS Consulting and Services to Wholesale Distributor Outlet in the amount of $185.00 |
| 13 | CS 000143 | 01/02/00 | Page 245 of Channy Soeur's PARD III Daily notes |
| 14 | CS 000154 | 01/03/00 | CAS Consulting and Services Annual Meeting Minutes of Board of Directors |
| 15 | CS 000024-25 | 01/25/00 | Summary of Meeting of Urban Forestry Board |
| 16 | CS 000156 | 06/28/00 | Certificate from Austin Community College to Channy Soeur on completion of requirements on AutoCAD 2000 Advanced |
| 17 | CS 000157 | 07/01/00 | Texas Sales and Use Tax Permit for CAS Consulting and Services |
| 18 | CS 000155 | 07/05/00 | Minutes of Special Meeting of Board of CAS Consulting and Services |
| 19 |  | 07/18/00 | COA Personnel Action – Murray New Hire |
| 20 | CS 000158 | 08/16/00 | Certificate from Austin Community Collage to Channy Soeur on completion of requirements for Introduction to ArcView GIS |
| 21 | CS 000139-140 | 08/31/00 | Pages 157 and 159 Channy Soeur's PARD III Daily Notes |
| 22 | CS 000138 | 09/25/00 | Page from Channy Soeur's 2000 Calendar |

| 23 |  | 12/03/00 | Transcript of Susan Murray Tape of Soeur telephone calls |
|---|---|---|---|
| 24 | CS 000159 | 01/02/01 | Minutes of Annual Meeting of CAS Consulting and Services Board of Directors |
| 25 | CS 000160-163 | 01/02/01 | Stock Certificates and Stock Transfer Ledges for stock issues to Channy Soeur and George Chi-Tong Chang |
| 26 | CS 000137 | 01/08/01 | Page from Channy Soeur's 2001 Calendar |
| 27 | CS 000023 | 02/13/01 | E-mail from Toni Grasso to Channy Soeur re: attachment of 01/01 board minutes |
| 28 | CS 00008 | 02/21/01 | E-mail from Susan Murray to Channy Soeur re: WF Board Mtg-Feb. |
| 29 | SMM13 | 02/28/02 | E-mail from Susan Murray to Toni Grasso re: Urban Forestry Board Minutes |
| 30 | CS 000315 | 03/06/01 | Memo from Susan Murray to Rick Ramirez re: Response to Judy Buonoguidi Unemployment Filing |
| 31 | CS 000312 | 03/09/01 | Certificate of Registration of CAS Consulting and Services, Inc. from Texas Board of Professional Engineers |
| 32 | CS 000164 | 03/13/01 | Letter from Victoria Hsu of Texas Board of Professional Engineers to CAS Consulting and Services re: firm has been registered with Texas Board of Professional Engineers |
| 33 | CS 000166 | 03/19/01 | Channy Soeur's Letter of Resignation |
| 34 | CS 000165 | 03/31/01 | Minutes of Special Meeting of CAS Consulting and Services Board of Directors |
| 35 |  | 12/05/01 | COA Personnel Action – Susan Murray re: change fund agency |
| 36 | COA 0191 | 02/07/02 | E-mail from Don Koehler to Edward Mokarzel re: Susan Murray's safety concerns |

| 37 |              | 07/03/02  | COA Personnel Action - Susan Murray re: transfer to Director's Office w/Willy Conrad's group |
|----|--------------|-----------|----------------------------------------------------------------------------------------------|
| 38 | CS 000320-325 | 2000-2001 | COA PARD SSPR for Urban Forestry |
|    |              |           |                                                                                              |
|    |              |           |                                                                                              |
|    |              |           |                                                                                              |
|    |              |           |                                                                                              |
|    |              |           |                                                                                              |
|    |              |           |                                                                                              |
|    |              |           |                                                                                              |

Respectfully submitted,

MINTON, BURTON, FOSTER & COLLINS
A Professional Corporation
1100 Guadalupe Street
Austin, Texas 78701
Telephone: (512) 476-4474
Facsimile: (512) 476-1315

By: _____
Charles R. Burton
State Bar No. 03476000
Martha Dickie
State Bar No. 05833100

ATTORNEYS FOR CHANNY SOEUR

9

## CERTIFICATE OF SERVICE

On this the __10th__ day of November, 2003, a true and correct copy of the above and foregoing Defendant Channy Soeur's Pretrial Designations was forwarded via United States Mail, Certified, Return Receipt Requested to the following:

Susan Cone Kilgore
P. O. Box 535
Houston, Texas 77001

Mark Aronowitz
McFatridge, Baker & Deen, P.C.
3900 Essex Lane, Suite 730
Houston, Texas 77027

Robin Sanders
City Attorney
City of Austin
P. O. Box 1546
Austin, Texas 78767-1546

_____
Martha S. Dickie